# United States Bankruptcy Court
## Western District of Tennessee

In re **Viola Erving**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Viola Erving** | S.S.# **xxx-xx-2958** |
| | (W) | S.S.# |
| ADDRESS: | **1016 East Shelby drive** | |
| | **Memphis, TN 38116** | |

PLAN PAYMENT: Debtor(s) to pay $ **120.00** ( **monthly**)
PAYROLL DEDUCTION:     OR ( **X** ) DIRECT PAY
  BECAUSE:    Social Security
  FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Seterus**    Ongoing pmt. Begin                                       $ **CURRENT**
              Approx. arrearage **0.00**    Interest **0.00** %    $ **0.00**

SECURED CREDITORS;    VALUE          RATE OF        MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL     INTEREST       PLAN PMT.
**-NONE-**    $ _____    _____ %    $ _____

UNSECURED CREDITORS: Pay tbd % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$7,746.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately 6**0** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive tbd%

DEBTOR'S ATTORNEY:    **John E. Dunlap**
**Law Offices of John E Dunlap**
**3294 Poplar Ave**
**Suite 240**
**Memphis, TN 38111**
**(901)320-1603 Fax:(901)320-6914**